# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| MICHAEL MERRILL, | |
| Plaintiff, | Case No. 1:18-cv-01849 |
| v. | Honorable Judge Matthew F. Kennelly |
| ATLANTIC RECOVERY SOLUTIONS, LLC, | |
| Defendant, | |

## NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

NOW COMES the Plaintiff, MICHAEL MERRILL ("Plaintiff"), by and through his attorneys, SULAIMAN LAW GROUP, LTD., and, in support of his Notice of Voluntary Dismissal with Prejudice, state as follows:

Plaintiff, pursuant to settlement and Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby voluntarily dismisses his claims against the Defendant, ATLANTIC RECOVERY SOLUTIONS, LLC, with prejudice. Each party shall bear its own costs and attorney fees.

Dated: June 12, 2018

Respectfully Submitted,

*/s/ Omar T. Sulaiman*
Omar T. Sulaiman
*Counsel for Plaintiff*
Sulaiman Law Group, Ltd.
2500 S. Highland Ave., Ste. 200
Lombard, IL 60148
Phone (630) 575-8181
Fax: (630) 575-8188
osulaiman@sulaimanlaw.com